UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
TOBACCO ROAD ASSOCIATES, L.P.,                  :    Case No. 06-20470REF
    *Debtor*                   :
                                                :
                                                :

## ORDER

AND NOW, this 31 day of May, 2006, upon my discovery of errors in the Memorandum Opinion in Support of Bench and Written Orders Dated May 9, 2006, Denying Request To Rescind or Extend the Hearing Date of May 8, 2006, IT IS HEREBY ORDERED that I hereby amend the Opinion as follows:

    1. Footnote 7 on page 4 of the Opinion is amended by replacing the reference in the second line from "Friday, April 27, 2006," to "Thursday, April 27, 2006;" and

    2. The second to last line on page 4 of the Opinion is amended by deleting the word "Transcripts."

BY THE COURT

_____
RICHARD E. FEHLING
U.S. Bankruptcy Judge